**DISMISS; Opinion Filed July 30, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01637-CV

## IN THE INTEREST OF A.A.D., S.V.D., AND P.P.D, CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-14223**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Lang

On May 15, 2013, after appellant failed to file his brief on the merits, we directed him to file, within ten days, both the brief and a motion to extend time to file the brief. We warned appellant that failure to comply would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). To date, appellant has neither filed the brief nor otherwise communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal. *See id.* 42.3(b).

121637F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF A.A.D., S.V.D.,
AND  P.P.D, Children

No. 05-12-01637-CV

On Appeal from the 254th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-12-14223.
Opinion delivered by Justice Lang.  Justices
Myers and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Roxanne Victoria Vargas recover her costs, if any, of this appeal from appellant Andrew Ralph Deleon.

Judgment entered this 30th day of July, 2013.

/Douglas S. Lang/

DOUGLAS S. LANG
JUSTICE